# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION

## JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| CEDRIC ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CASE No. 3:18-CV-976 |
| | ) | |
| NICK DIAMOND, | ) | |
| | ) | |
| Defendant. | ) | |

○ **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict as reflected in the verdict form filed February 23, 20220. (Docket No. 111).

The jury found that the plaintiff Cedric Adams did not prove by a preponderance of the evidence that defendant Metropolitan Nashville Police Officer Nick Diamond, in discharging his weapon in plainttiff's home, used intentional force against the plaintiff in violation of the plaintiff's civil rights.

IT IS ORDERED AND ADJUDGED.

LYNDA HILL,CLERK

DATE: 2/24/2022

*/s/ Katheryn Beasley*
BY KATHERYN BEASLEY
DEPUTY CLERK